IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:  
Case No: 8:18-bk-11181-CPM  
Chapter 13

Rita Ellen Mask

_____/

## REPORT OF UNCLAIMED FUNDS

Comes now, Jon M. Waage, Chapter 13 Standing Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, and as shown below, he has made distribution of all monies received, and all checks issued prior to December 31, 2019, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 65756 | $2,199.36 | Rita Ellen Mask<br>c/o Alexis M. Palma, Esq.<br>5510 Roosevelt Blvd<br>Clearwater, FL 33760 |

The Trustee further states that more than ninety (90) days have elapsed since the declaration of the dividends, and pursuant to the provisions of 11 U.S.C. Section 347, the undersigned attaches funds totaling $2,199.36 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry, and states that the claimant(s) entitled to these funds is/are listed above.

Respectfully submitted on February 10, 2020

/s/ Jon M. Waage  
Jon M. Waage  
Chapter 13 Trustee  
P.O. Box 25001  
Bradenton, FL  34206-5001  
Phone (941) 747-4644  
Fax (941) 750-9266

Cc: Clerk, U.S. Bankruptcy Court/Court Registry